**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROCHELLE TOMLIN, as PARENT and NATURAL GUARDIAN of M.B., a minor,

Plaintiff,

v.

ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and JOHN DOES 1-50,

Defendants.

Civil Action No. 2:25-CV-04301-MRP

Judge: Hon. Mia Roberts Perez

**DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S MOTION TO COMPEL PLAINTIFF TO ARBITRATION AND STAY PROCEEDINGS**

I, Ronita Jit, declare as follows:

1. I am a Senior Paralegal, Litigation and Legal Operations at Roblox Corporation ("Roblox"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other aspects, relate to Roblox account holders' records and account sign-in and sign-up flows, Roblox's Robux purchase processes, and Roblox Gift Card redemptions. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Roblox's Motion to Compel Plaintiff to Arbitration and Stay Proceedings, filed concurrently herewith.

3. I have reviewed what I understand to be the Complaint filed by Plaintiff Rochelle

Tomlin, as Parent and Natural Guardian of M.B., a minor, on July 30, 2025, case number 2:25-cv-04301, in the Eastern District of Pennsylvania.

4. Roblox operates an online platform (the "Roblox Platform") where users can create virtual games and experiences, connect with other users to enjoy user-created games and user-created virtual experiences, and use virtual apparel and other content created by themselves and other users. As of Q3 2025, Roblox has 151.5 million daily active users and is available to play on gaming consoles, computers, tablets, and cellular devices.

5. Robux is a digital currency that can be used on the Roblox Platform to acquire virtual items and gain access to virtual experiences.

6. It is my understanding that Plaintiff's counsel provided Roblox's counsel an email address associated with Plaintiff's Roblox account. According to Roblox's records, that email address is associated with the creation of a Roblox account belonging to Plaintiff, created on June 27, 2020 (the "Account").

7. I have reviewed the Roblox account information and records for the Account, which are maintained in the ordinary course of business.

**A. <u>Roblox Account Processes</u>**

8. In order to use the Roblox platform, users must create an account and agree to Roblox's Terms of Use (the "Terms"). Roblox periodically makes updates to its Terms. When Roblox deems an update material, Roblox users are notified of each of these updates via a pop-up notice displayed when users access the Roblox Platform. That notice includes a bolded hyperlink to the updated Terms and requires users to click to accept the new Terms in order to continue using the Roblox Platform.

9. Roblox notified users of its August 2023 Terms via both on-platform blocker cards (pop-up notices) requiring affirmative acceptance and via an on-platform message sent directly to

every user's "Messages" page within their personal accounts one month prior to the effective date.

10. The message was delivered one month prior to becoming effective and its delivery was emphasized with a notification on users' personal "Messages" pages.

11. This message expressly stated that "[b]eginning on August 1, 2023, you – or if you are a minor, your parent/guardian – will need to agree to the updated Terms of Use in order to continue using Roblox" and "[i]f you do not agree, you can close your Roblox account(s) before these updates go into effect." I attest that the below is a true and accurate screenshot of the Terms update message for the August 1, 2023 Terms update.

> **Updates to Roblox Terms of Use**
>
> Hello!
> Today we are sharing planned updates to our Terms of Use and Privacy Policy. You can review the updated Terms of Use here and the Privacy Policy here. Beginning on August 1, 2023, you - or if you are a minor, your parent/guardian - will need to agree to the updated Terms of Use in order to continue using Roblox.
>
> Please take some time to review these important legal documents, and if you are a minor, share them with your parent/guardian. If you do not agree, you can close your Roblox account(s) before these updates go into effect.
>
> Thank you,
>
> The Roblox Team

12. Roblox informs its users in this manner each time a material update to its Terms occurs and requires users to accept the updated Terms to continue using the Roblox Platform. These pop-up notices were sent to Roblox users in August 2023, February 2024, June 2024, November 2024, and June 2025, with advanced notices sent one month ahead of each such update. Below is a screenshot of the June 2025 Terms pop-up notice (which is substantially identical to the earlier pop-up notices), which states: "To continue using Roblox, please select "I Agree" to agree to our updated Terms of Use and acknowledge our privacy policy. If you are a minor, please show this to your parent or guardian…"




13. Following these notices, the Account continued to be accessed and actively used, including multiple on-platform purchases of Robux. The Account remains open as of the date of this submission and was most recently used on the date of this submission, November 19, 2025.

14. Further, although Roblox's Terms permit users to opt out of the arbitration agreement within 30 days of acceptance, Roblox has no record showing that Plaintiff and/or Tomlin (or Plaintiff's other parent or guardian) (collectively, "Responsible Adult") did so.

**B. Robux Purchase Processes**

15. Included in the records is information related to when Plaintiff purchased Robux on the Roblox Platform.

16. From at least August 2022 to the present, a user, whether purchasing Robux through a mobile app or with a credit card is provided with various notifications and disclosures regarding a purchase of Robux during the course of a transaction.

17. From at least late 2022 to the present, to purchase Robux – whether in a one-time purchase or via its Premium membership subscription – a user must first navigate to the Buy Robux page. The following disclosure – applicable to both one-time and Premium purchases – appears at

the bottom of the web-version of the Buy Robux page: "When you buy Robux you receive only a limited, non-refundable, non-transferable, revocable license to use Robux, which has no value in real currency. By selecting the Premium subscription package, (1) you agree that you are over 18 and that you authorize us to charge your account every month until you cancel the subscription, and (2) you represent that you understand and agree to the Terms of Use, which includes an agreement to arbitrate any dispute between you and Roblox, and Privacy Policy. You can cancel at any time by clicking 'Cancel subscription' on the billing tab of the setting page. If you cancel, you will still be charged for the current billing period. See Terms of Use for other limitations."

18. From at least late 2022 to December 4, 2024, for purchases made on a mobile device, users were presented with disclosures that are similar to those in a web browser. On the initial screen, the following disclosure appeared at the top of the screen: "By purchasing Robux, you agree to our Terms of Use and Privacy Policy, including the arbitration clause and revocation policy. You consent to the immediate performance of the contract and acknowledge that you thereby lose your right of withdrawal." The words "Terms of Use" are bolded and underlined; they are linked to the then-current Roblox Terms. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




19. If users have a payment method stored on their mobile device through either Apple Pay or Google Pay, once a user selects the package desired, a pop-up window corresponding to the payment method appears at the bottom of the screen. The window (i) lists the package chosen;

(ii) states that it is an "in-app purchase"; (iii) states the price of the package; and (iv) asks for the users to provide affirmative consent for the charge by double clicking the side button. Once the users confirm the charge, another pop-up window appears, confirming that the purchase was successful. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




*Apple*




*Android*

20. Roblox records show nine purchases of Robux on the Account that required agreement to the Terms. These purchases were made between April 11, 2022 and July 19, 2025 through the Apple App Store. Attached hereto as **Exhibit 1** is a true and correct copy of Roblox's

record of Robux transactions associated with the Account.[1]

C. **Specific Robux Purchase Example**

21. By way of example, the Account made a Robux purchase on July 19, 2025 through the Apple App Store. When conducting this specific purchase, the user would have encountered the following screen. At the bottom of the screen, in close proximity to the large blue button the user must click to complete the purchase, the following disclosure appears: "By purchasing Robux, you agree to our **Terms of Use** and **Privacy Policy**, including the arbitration clause and revocation policy" (emphasis included). While there is some minor variation over time, this Robux purchase process is representative of Robux purchases made on the Account that required agreement to the Terms. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




D. **Roblox Gift Card Redemption Processes**

22. Roblox sells physical and electronic gift cards (also previously known as "game

[1] To the extent the records show purchases with "Credit," this refers to Roblox Credit, which is the balance that users hold after redeeming Roblox Gift Cards. Purchases of Robux with Roblox Credit do not require agreement to the Terms, but that is because users are required to agree to the Terms when redeeming Roblox Gift Cards, as explained below.

cards") that may be redeemed for Robux ("Roblox Gift Cards"). Roblox Gift Cards are available for purchase at major retailers in the United States, such as 7-Eleven, Walmart, Amazon and Rite Aid Pharmacy, among others.

23. Each Roblox Gift Card is affiliated with a unique redemption code. The redemption code can only be used after logging into a Roblox account on the Roblox website. After logging in, the user must visit "www.roblox.com/redeem" to redeem their gift card. This redemption webpage can only be accessed through a standard internet browser. Roblox Gift Cards cannot be redeemed on gaming consoles, such as Xbox.

24. Between September 29, 2021, and April 4, 2023, the www.roblox.com/redeem webpage included a field for entering the user's Roblox Gift Card redemption code, a button that says "Redeem," and language alerting the user that redeeming a code requires acceptance of Gift Card Terms & Conditions and Roblox's Terms of Use, including an arbitration clause, by the user, as well as the user's adult if the user is less than 18 years old. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




25. Between April 5, 2023, and December 4, 2024, the www.roblox.com/redeem webpage included a field for entering the user's Roblox Gift Card redemption code, a button that

says “Redeem,” and language alerting the user that redeeming a code requires acceptance of Roblox’s Terms of Use, including an arbitration clause, by the user, as well as the user’s adult if the user is less than 18 years old. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




26. From December 5, 2024 to the present, the www.roblox.com/redeem webpage included a field for entering the user’s Roblox Gift Card redemption code, a button that says “Redeem,” and language alerting users that redeeming a code requires acceptance of Roblox’s Terms of Use, including an arbitration clause, by the user, as well as the user’s adult if the user is less than 18 years old. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




27. Attached hereto as **Exhibit 2** is a true and correct copy of Roblox's record of Roblox Gift Card transactions associated with the Account. The transactions are categorized as both "Gift Cards" and "Game Cards" (which, as noted above, are equivalent to "Gift Cards").

28. **Exhibit 2** shows that the Account redeemed Roblox Gift Cards on twenty-one (21) occasions between June 27, 2020 and October 29, 2025. It further shows that those gift cards were purchased at 7-Eleven, Dollar General, Sam's Club, Target, Walgreens, and Walmart.

**E. <u>Specific Gift Card Redemption Examples</u>**

29. By way of example, the Account redeemed a Roblox Gift Card on July 19, 2025, which was purchased from 7-Eleven. When redeeming a Roblox Gift Card on this specific date, the user would have encountered the screen shown in Paragraph 26. In addition, the back of the Roblox Gift Card included language alerting the user that "by purchasing, accepting or redeeming this card, you (or your parent or guardian if you are under 18 years old) agree to … the Roblox Terms of Use." I attest that the below is a true and accurate screenshot of the aforementioned disclosure on the back of the Roblox Gift Card purchased from 7-Eleven:

**Redemption Instructions**

1. Go to Roblox.com/redeem from your browser
2. Log in or create an account
3. Find your PIN and enter it on the website
4. Spend your credit on Robux or a Roblox Premium subscription

**Terms and Conditions**

By purchasing, accepting or redeeming this card, you (or your parent or guardian if you are under 18 years old) agree to these terms and conditions and the Roblox Terms of Use (available at www.roblox.com/termsofuse), which are both subject to change. This card may only be redeemed at www.roblox.com for Roblox credits, which may only be used to purchase Robux or a Roblox Premium Subscription (availability and pricing are subject to change — see www.roblox.com/upgrades/robux). This card is not refundable or redeemable for cash, except as required by law. To redeem this card and use Roblox credits, you must have Internet access and register for a Roblox account. Resale is prohibited. Roblox is not responsible if this card is used without your permission or if it is lost, stolen or damaged. This card is issued by and represents an obligation solely of Roblox Prepaid Company, LLC. For the complete terms and conditions including the arbitration agreement and class action waiver, please visit www.roblox.com/giftcardterms.

© 2024 Roblox Corporation. All rights reserved.

9mm Min. FSC

30. As another example, the Account redeemed a Roblox Gift Card on March 30, 2024, which was purchased from Sam's Club. When redeeming a Roblox Gift Card on this specific date, the user would have encountered the screen showed in Paragraph 25. In addition, the back of the Roblox Gift Card included language alerting the user that "[t]o redeem this card and use Roblox Credits, you must have internet access, register for a Roblox account, and accept the Roblox Terms of Use." I attest that the below is a true and accurate screenshot of the aforementioned disclosure on the back of the Roblox Gift Card purchased from Sam's Club:

ROBLOX

**INSTRUCTIONS**

1. Go to www.roblox.com/redeem
2. Log in or create an account
3. Scratch to reveal the PIN and enter it on the website
4. Spend your credit on Robux and more!

**TERMS AND CONDITIONS**

This card may only be redeemed at www.roblox.com for Roblox credits, which may only be used to obtain certain products and services at www.roblox.com. Availability and pricing of products and services is subject to change and age restrictions may apply. To redeem this card and use Roblox credits, you must have Internet access, register for a Roblox account, and accept the Roblox Terms of Use. No partial redemption is permitted. This card is not redeemable for cash or credit, except as and where required by law. Resale is strictly prohibited. Roblox is not responsible if this card is used without your permission or if it is lost, stolen, damaged, or destroyed. A card obtained by fraud will not be honored. Only one virtual item is made available per account per month or such other period as Roblox may designate. For minimum system requirements and more information, including how to determine the balance of your gift card, please visit www.roblox.com or contact us at www.roblox.com/support.

© 2022 Roblox Corporation. All rights reserved. All trademarks shown are property of Roblox Corporation.

**F. Terms of Use**

31. I attest that **Exhibit 3** is a true and accurate copy of Roblox's Terms of Use effective on February 2, 2019.

32. I attest that **Exhibit 4** is a true and accurate copy of Roblox's Terms of Use effective on July 28, 2020.

33. I attest that **Exhibit 5** is a true and accurate copy of Roblox's Terms of Use effective on March 4, 2021.

34. I attest that **Exhibit 6** is a true and accurate copy of Roblox's Terms of Use effective on January 12, 2022.

35. I attest that **Exhibit 7** is a true and accurate copy of Roblox's Terms of Use effective on August 1, 2023.

36. I attest that **Exhibit 8** is a true and accurate copy of Roblox's Terms of Use effective on February 27, 2024.

37. I attest that **Exhibit 9** is a true and accurate copy of Roblox's Terms of Use effective on March 14, 2025.

*[signature page follows]*

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed November 19, 2025, San Mateo, California

Ronita Jit

Ronita Jit