# EXHIBIT 1

| UserID | Username | Product | Unit Price | Currency | Order Created | Sale Status | Recurring Status | Gift Purchase | Payment Bonus | Credit Card # | Email | Zip | Provider Subscription ID | Payment Method | SaleID or RecurringScheduleID | Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1723012156 | [redacted] | 500 Robux | 4.99 | USD | 07/19/2025 22:27:27 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3342044730 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-a217ecdd-91c5-48af-bea6-1b564e81f6b6 07/19/2025 22:27:27 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | 2000 Robuxx | 19.99 | USD | 07/19/2025 22:27:25 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 3342050698 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-c6170771-eea9-4c6b-8e16-1cd3b9ee60ad 07/19/2025 22:27:25 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 07/19/2024 01:12:21 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | AppleAppStore | 2547289245 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete apple-360001921592636 07/19/2024 01:12:21 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 04/11/2024 16:00:20 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2385651999 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-2a3d1030-8503-4fa0-a929-f6e48b5fff87 04/11/2024 16:00:20 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 1700 Robux | 19.99 | USD | 04/11/2024 16:00:17 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2385651952 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-c21ecf7d-4c45-493e-a8ef-61fe4c8a3431 04/11/2024 16:00:17 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 400 Robux | 4.99 | USD | 03/30/2024 16:29:54 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2365304397 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-ccf52099-7c70-45e9-b27e-cadedab4b315 03/30/2024 16:29:54 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 1700 Robux | 19.99 | USD | 03/30/2024 16:29:52 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2365304338 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-7f335f16-970a-4731-96b2-8ff28448619a 03/30/2024 16:29:52 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 400 Robux | 4.99 | USD | 01/18/2024 22:31:40 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2257015114 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-8eaa4268-f5f5-41f8-84a1-b8dc0ddb2a12 01/18/2024 22:31:40 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 01/18/2024 22:31:38 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2257015073 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-4dd268a0-b9b5-4bc0-880b-81b93a6bc98b 01/18/2024 22:31:38 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 400 Robux | 4.99 | USD | 12/31/2023 23:34:05 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2228309695 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-252f1029-18e7-4e3b-8949-60c10ff9fc60 12/31/2023 23:34:05 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 12/31/2023 23:34:03 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2228309606 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-da5f2981-838b-4be2-977b-20be0cf57e68 12/31/2023 23:34:03 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 12/26/2023 23:17:22 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2215974961 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-deb2dbdd-8cb3-44e6-9d4c-2d8a6347b8f3 12/26/2023 23:17:22 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 400 Robux | 4.99 | USD | 12/25/2023 04:09:32 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2205104203 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-bab99d3f-5fa0-4bef-abef-4bb66d0d9517 12/25/2023 04:09:32 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 12/25/2023 04:09:28 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2205103940 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-4f260d4a-fc64-4bb1-8d18-18a50aef8550 12/25/2023 04:09:28 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 550 Robux | 6.49 | USD | 11/04/2023 20:17:54 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2134971921 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 6.49 Complete ct-1c576aff-6815-4db9-a0a5-659b3e8f6ba8 11/04/2023 20:17:54 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 10/01/2023 20:41:06 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2088741330 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-02238f34-9f7e-4520-86da-c20478235b8d 10/01/2023 20:41:06 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Roblox Credit Redemption | 0.01 | USD | 08/13/2023 19:24:40 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2021483333 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.01 Complete ct-ce4df8ef-a7f1-4a8a-ab4a-5234b8defdab 08/13/2023 19:24:40 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 08/13/2023 19:24:34 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2021483179 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-e9daabe3-ab3a-4bc9-8ff9-eecce4db71be 08/13/2023 19:24:34 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Roblox Credit Redemption | 0.01 | USD | 07/25/2023 17:01:46 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1985430761 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.01 Complete ct-2b2a5f3d-f635-4817-be26-8962a9c1a794 07/25/2023 17:01:46 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 07/25/2023 17:01:31 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1985430469 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ct-d1682662-d13c-4e28-8cbc-890d35e5ef96 07/25/2023 17:01:31 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 07/14/2023 20:12:05 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | AppleAppStore | 1969401242 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete apple-360001516465004 07/14/2023 20:12:05 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 04/11/2023 21:05:02 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | AppleAppStore | 1847962546 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete apple-360001423403590 04/11/2023 21:05:02 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Roblox Credit Redemption | 25 | USD | 04/11/2023 16:35:35 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1847717053 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 25 Complete legacy_1891657483 04/11/2023 16:35:35 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 400 Robux | 4.99 | USD | 03/25/2023 17:32:07 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | AppleAppStore | 1825885011 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete apple-360001406481806 03/25/2023 17:32:07 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 80 Robux | 0.99 | USD | 03/25/2023 17:31:26 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | AppleAppStore | 1825883971 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete apple-360001406481332 03/25/2023 17:31:26 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 12/25/2022 06:19:29 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | AppleAppStore | 1697408123 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete apple-360001315287840 12/25/2022 06:19:29 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 12/25/2022 06:10:10 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | AppleAppStore | 1697387468 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete apple-360001315282161 12/25/2022 06:10:10 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Roblox Credit Redemption | 25 | USD | 09/30/2022 02:07:32 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1593689921 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 25 Complete legacy_1641289363 09/30/2022 02:07:32 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Roblox Credit Redemption | 25 | USD | 04/11/2022 21:57:19 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 1368581727 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 25 Complete legacy_1420416623 04/11/2022 21:57:19 UTC | | | | | | | | | | | | | | | | |
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 04/11/2022 21:52:51 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | AppleAppStore | 1368512268 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete 04/11/2022 21:52:51 UTC | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 04/11/2022 21:52:10 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | AppleAppStore | 1368511605 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete 04/11/2022 21:52:10 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1723012156 | [redacted] | Roblox Credit Redemption | 25.01 | USD | 12/26/2020 00:09:49 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 748309136 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 25.01 Complete legacy_772547655 12/26/2020 00:09:49 UTC

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1723012156 | [redacted] | Premium 800 Robux | 9.99 | USD | 06/27/2020 23:18:27 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 542907578 | |

Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete legacy_559224578 06/27/2020 23:18:27 UTC