# EXHIBIT 2

Game Cards

| Value | Vendor | Merchant | Redemption Code | Created | Updated |
|---|---|---|---|---|---|
| 10 | InComm | Dollar General | RIVMT4WEV899MRUPCK | 10/29/2025 16:49:34 UTC | 10/29/2025 16:49:34 UTC |
| 25 | InComm | SevenEleven | RI3MWUYWHFKX8EAVA8 | 07/19/2025 17:27:20 UTC | 07/19/2025 17:27:20 UTC |
| 10 | InComm | Sams Club | RI9CWUCZG1R2JGY8YP | 04/11/2024 11:00:12 UTC | 04/11/2024 11:00:12 UTC |
| 10 | InComm | Sams Club | RI17S34AUTU9KQW142 | 04/11/2024 10:59:26 UTC | 04/11/2024 10:59:26 UTC |
| 10 | InComm | Sams Club | RIHZJBFX9ZYVC3SUBB | 04/11/2024 10:58:29 UTC | 04/11/2024 10:58:29 UTC |
| 25 | InComm | Sams Club | RI20N6N44S6KG9TLQ7 | 03/30/2024 11:29:42 UTC | 03/30/2024 11:29:42 UTC |
| 15 | Blackhawk | Blackhawk - Target | RBC4E3CAVRPLJTMF | 01/18/2024 16:31:32 UTC | 01/18/2024 16:31:32 UTC |
| 15 | Blackhawk | Blackhawk - Target | RB5KLL7RVJRGALRN | 12/31/2023 17:33:56 UTC | 12/31/2023 17:33:56 UTC |
| 10 | Blackhawk | Blackhawk - Target | RBRNZULWVU7LJQAD | 12/26/2023 17:17:11 UTC | 12/26/2023 17:17:11 UTC |
| 15 | Blackhawk | Blackhawk - Target | RBBJBX9ANJ4YU4YB | 12/24/2023 22:09:19 UTC | 12/24/2023 22:09:19 UTC |
| 10 | InComm | Walgreens | RIWS9EZZBM6F9FG581 | 11/04/2023 15:16:11 UTC | 11/04/2023 15:16:11 UTC |
| 10 | Blackhawk | Blackhawk - Target | RBVBPY8LRRU7XP59 | 10/01/2023 15:40:34 UTC | 10/01/2023 15:40:34 UTC |
| 10 | InComm | Walgreens | RI44CFJWNHMPEDPUZH | 08/13/2023 14:24:26 UTC | 08/13/2023 14:24:26 UTC |
| 10 | Blackhawk | Blackhawk - Target | RB87NAJ3CLAPWCTW | 07/25/2023 12:01:17 UTC | 07/25/2023 12:01:17 UTC |
| 25 | InComm | Sams Club | RIDZP5U952DVQLZ71Z | 04/11/2023 11:34:18 UTC | 04/11/2023 11:34:18 UTC |
| 25 | InComm | Walgreens | RIJJAJPMG6B9TKTEXK | 09/29/2022 21:00:44 UTC | 09/29/2022 21:00:44 UTC |
| 25 | InComm | SevenEleven | 9536082015 | 04/11/2022 16:49:45 UTC | 04/11/2022 16:49:45 UTC |
| 25 | Blackhawk | Blackhawk - Target | Rbay8fjpba6jngcu | 12/25/2020 18:09:43 UTC | 12/25/2020 18:09:43 UTC |
| 10 | InComm | Walmart | 9900762802 | 06/27/2020 17:31:25 UTC | 06/27/2020 17:31:25 UTC |

Gift Cards

| Product | Product ID | Redemption Code | Redemption Date |
|---|---|---|---|
| Jaz BB StudentGlasses | 1214 | 9.31982E+11 | 08/07/2022 01:44:06 UTC |
| Jaz LP GrandeurDignity | 976 | 6.70233E+11 | 04/11/2022 00:52:18 UTC |