**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February 2026, a copy of the foregoing Memorandum of Law of Plaintiff Rochelle Tomlin, as Parent and Natural Guardian of M.B., a Minor in Opposition to Defendant Roblox Corporation's Motion to Compel Arbitration and Stay Proceedings Exhibit A – Declaration of Dennis McBride; Exhibit B – Declaration of Keneth J. Moyle, Jr.; Exhibit C – Minute Order on Motion to Compel Arbitration, *John Doe v. Roblox Corp., et al.*,; Exhibit D – *Murphy v. Roblox Corp.*,; and Certificate of Service, were served upon all counsel of record via the court's electronic filing system.

Respectfully submitted,

By: */s/ Adam J. Gomez*
Adam J. Gomez