**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROCHELLE TOMLIN, as Parent and Natural Guardian of M.B., a minor,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 25-4301** |
| **ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and JOHN DOES 1-50,** | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 20th day of May, 2026, upon consideration of Defendant Epic Games, Inc.'s Motion to Compel Arbitration and Stay Litigation (ECF No. 38), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED.**

It is **FURTHER ORDERED** that, upon consideration of Defendant Roblox Corporation's Motion to Compel Arbitration and Stay Litigation (ECF No. 39), and the responses thereto, the Motion is **GRANTED.**

It is **FURTHER ORDERED** that, upon consideration of Defendant Microsoft Corporation's Motion to Compel Arbitration and Stay Litigation (ECF No. 42), and the responses thereto, the Motion is **GRANTED.**

It is **FURTHER ORDERED** that this matter is **STAYED** as to all Defendants pending the outcome of arbitration.

BY THE COURT:

_____
Hon. Mia R. Perez