## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROCHELLE TOMLIN, as Parent and Natural Guardian of M.B., a minor,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, AND JOHN DOES 1-50.<br><br>    Defendants. | Case No.  2:25-cv-04301-MRP<br><br>Hon. Mia Roberts Perez |

### NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey S. Jacobson of Faegre Drinker Biddle & Reath

LLP as attorney for Epic Games, Inc. in the above-captioned matter.


Dated: June 15, 2026

                                        Respectfully Submitted,

                                        FAEGRE DRINKER BIDDLE & REATH LLP


                                        */s/ Jeffrey S. Jacobson*
                                        Jeffrey S. Jacobson, Bar No. 78251
                                        1177 Avenue of the Americas, 43rd Floor
                                        New York, NY  10036
                                        Telephone: (212) 248-3140
                                        Facsimile: (212) 248-3141
                                        jeffrey.jacobson@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Appearance were served on all counsel of record in this matter via the Court's electronic filing system on June 15, 2026.

/s/ *Jeffrey S. Jacobson*
Jeffrey S. Jacobson