**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROCHELLE TOMLIN, as Parent and Natural Guardian of M.B., a minor,<br><br>     Plaintiff,<br><br>          vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, AND JOHN DOES 1-50.<br><br>     Defendants. | Case No.  2:25-cv-04301-MRP<br><br>Hon. Mia Roberts Perez |

## RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Epic Games, Inc. ("Epic") submits this response to Plaintiff's Notice of Supplemental Authority concerning *Miller v. Festival Fun Parks, LLC*, 2026 WL 2199005 (Pa. Super. Ct. July 30, 2026). (ECF No. 79.) If the Court elects to consider Plaintiff's arguments regarding *Miller*, Epic respectfully requests that the Court entertain the following brief response.

The arbitration agreement in *Miller* did not state that the parties were giving up the right to trial by jury. *See Miller*, 2026 WL 2199005, at *4, *11. The Fortnite End User License Agreement ("EULA") includes that statement. *See* ECF Nos. 38-8, 38-10 and 38-13 through 38-16. The central issue in *Miller*, therefore, is not presented in this case.

The Superior Court considered Federal Arbitration Act ("FAA") preemption of Pennsylvania law only with respect to the Pennsylvania requirement for a statement of jury trial waiver. *See Miller*, 2026 WL 2199005, at *11-12.  The Superior Court's conclusion of non-preemption therefore does not bear on the holdings in *Tomlin* and *French*, which correctly held that the FAA preempts a Pennsylvania rule precluding parents, on behalf of their children, from

selecting an arbitral forum to resolve disputes. *See Tomlin v. Roblox Corp*., 2026 WL 1412606, at

*14-15 (E.D. Pa. May 20, 2026); *French v. Roblox Corp*., ___ F. Supp. 3d ___, 2026 WL 2195890,

at *5 (E.D. Pa. July 29, 2026); *see also Kindred Nursing Ctrs. Ltd. P'ship v. Clark*, 581 U.S. 246,

250-51 (2017); *AT&T Mobility LLC v. Concepcion*, 563 U.S. 333, 338, 352 (2011).

Dated: August 7, 2026

           Respectfully Submitted,

           FAEGRE DRINKER BIDDLE & REATH LLP

           */s/ Jeffrey S. Jacobson*
           Jeffrey S. Jacobson, Bar No. 78251
           1177 Avenue of the Americas, 43rd Floor
           New York, NY  10036
           Telephone: (212) 248-3140
           Facsimile: (212) 248-3141
           jeffrey.jacobson@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies of the foregoing were served on all counsel of record in this matter via the Court's electronic filing system on August 7, 2026.

*/s/ Jeffrey S. Jacobson*
Jeffrey S. Jacobson